IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FILADELFO HERNANDEZ,<br><br>      Plaintiff,<br><br>-against-<br><br>GUTTERS OF LONG ISLAND, INC.,<br><br>      Defendant. | Case No. 22 Civ. 3030 (GRB) (AYS) |

**SATISFACTION OF JUDGMENT**

Wherefore, a judgment was entered in the above action on the 29th day of June, 2022 in favor of Plaintiff Filadelfo Hernandez and against Defendant Gutters of Long Island, Inc. in the amount of $25,000.00 inclusive of inclusive of all of Plaintiff's claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

Therefore, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: Melville, New York
   October 3, 2022

                     Respectfully submitted,

                     **KESSLER MATURA P.C.**

                     By: /s/ Troy L. Kessler
                        Troy L. Kessler
                     534 Broadhollow Road, Suite 275
                     Melville, NY 11747
                     (631) 499-9100
                     tkessler@kesslermatura.com

                     *Attorneys for Plaintiff*